UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEFFREY GOLD | § § § | |
| V. | § § | CIVIL ACTION NO. 1:19-cv-456-RP (Jury Trial Demanded) |
| SIX CONTINENTS HOTELS, INC. | § § § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, PLAINTIFF, JEFFREY GOLD, and DEFENDANT, IHG MANAGEMENT (MARYLAND) LLC, in the above-styled and numbered cause of action, and file this, their Agreed Motion for Dismissal with Prejudice and as grounds therefor would show unto the Court that the parties herein have entered into an accord and settlement in this cause and that the consideration for such settlement has agreed to be paid in full and that the parties have agreed that an Order for Dismissal should be entered as to Plaintiff, JEFFREY GOLD's claims against IHG MANAGEMENT (MARYLAND) LLC (incorrectly named as Six Continents Hotels, Inc., and incorrectly named as IHG Management, LLC.).

Respectfully submitted,

**LAW OFFICES OF ANIDJAR & LEVINE, P.A.**

By: /s/ Jared I. Ross
    JARED ROSS
    FLORIDA BAR NO.: 0083857
    Glen B. Levine
    Florida Bar No.: 144355
    Jared I. Ross
    Florida Bar No.: 0083857
    300 S.E. 17th St.
    Fort Lauderdale, FL 33316
    Tel: 954-525-0050
    Fax: 954-525-0020
    Email: glevine@anl-law.com
    Email: jross@anl-law.com
    Email: pleadings@anl-law.com

**COUNSEL FOR PLAINTIFF**

**and**

**LUCERO | WOLLAM, P.L.L.C.**

BY:    /s/ Gina A. Lucero
       GINA A. LUCERO
       State Bar No.: 00791144
       **Attorney-In-Charge**
       1776 Yorktown, Suite 100
       Houston, Texas 77056
       Telephone: (713) 225-3400
       Facsimile: (713) 225-3300
       Email: glucero@lucerowollam.com

**ATTORNEY FOR DEFENDANT**
**IHG MANAGEMENT (MARYLAND) LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2020, a true and correct copy of the above and foregoing was forwarded to all counsel of record pursuant to Fed.R.Civ.P. 5(a), (b).

Gina A. Lucero
Lucero | Wollam, P.L.L.C
1776 Yorktown, Suite 100
Houston, Texas 77056

_____
Jared I. Ross
JARED ROSS
FLORIDA BAR NO.: 0089857

3