IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEFFREY GOLD, | § | |
| Plaintiff, | § § § | |
| v. | § | 1:19-CV-456-RP |
| SIX CONTINENTS HOTELS, INC., | § § § | |
| Defendant. | § § | |

## ORDER

On June 24, 2020, the parties filed an agreed motion to dismiss all of Plaintiff Jeffrey Gold's claims against Defendant Six Continents Hotels, Inc. (Dkt. 31). The Court construes the parties' motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 25, 2020.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE